```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
Klauber Brothers Inc.,              :
                                    :    20 Civ. 3114 (LAP)
            Plaintiff(s),           :
                                    :         ORDER
       -against-                    :
                                    :
ASOS US, Inc., et al.,              :
                                    :
            Defendant(s).           :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel for plaintiff shall inform Judge Preska by letter no later than January 15, 2021 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*
_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: January 7, 2021

New York, New York