UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLAUBER BROTHERS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ASOS US, INC. and ASOS.COM LTD., <br><br> Defendants. | 20 Civ. 3114 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendants' motion pursuant to Rule 60 of the Federal Rules of Civil Procedure (dkt. no. 18) seeking to set aside the Court's January 19, 2021 order that directed Plaintiff to move for default judgment within 21 days (dkt. no. 14).  Plaintiff shall respond to Defendants' motion no later than February 1, 2021.

    In the interim, the Court's January 19, 2021 order directing Plaintiff to move for default judgment within 21 days (dkt. no. 14) is hereby STAYED.

    **SO ORDERED.**

Dated:    New York, New York
           January 27, 2021

                              *Loretta A. Presky*
                              LORETTA A. PRESKA
                              Senior United States District Judge