```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KLAUBER BROTHERS, INC.,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>ASOS US, INC. and ASOS.COM LTD.,<br><br>　　　　　　Defendants. | 20 Civ. 3114 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　In light of Plaintiff's non-opposition (dkt. no. 30) to Defendants' motion (dkt. no. 18), the Court's January 19, 2021 order (dkt. no. 14) is hereby vacated.

　　Defendants shall inform the Court by letter no later than February 5, 2021 if there is any reason they should not produce the documents reflecting their purchases and sales of the garments at issue and several dates they are available for mediation.

　　**SO ORDERED.**

Dated:　New York, New York
　　　　February 2, 2021

　　　　　　　　　　　　　_Loretta A. Preska_____
　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　Senior United States District Judge