UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLAUBER BROTHERS, INC.,<br><br>        Plaintiff,<br><br>-against-<br><br>ASOS US, INC. and ASOS.COM LTD.,<br><br>        Defendants. | 20 Civ. 3114 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff shall inform the Court by letter no later than February 8, 2021 if there is any reason it should not produce the documents reflected in numbers 1-5 in ASOS' letter dated February 3, 2021 (dkt. no. 32).

    **SO ORDERED.**

Dated:    New York, New York
           February 4, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge