UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLAUBER BROTHERS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ASOS US, INC. and ASOS.COM LTD., <br><br> Defendants. | 20 Civ. 3114 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel for the parties shall appear by telephone for a conference on May 21, 2021 at 10:00 a.m. The dial-in information is: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    New York, New York
           May 18, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge