UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLAUBER BROTHERS, INC.,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>ASOS US, Inc. et al.,<br><br>　　　　　Defendants. | 20 Civ. 3114 (LAP) |

LORETTA A. PRESKA, Senior United States District Judge:

　　On October 19, 2021, the parties submitted a joint request that this matter be referred to Magistrate Judge Cave for mediation.  On October 27, the Court issued an order generally referring this case for mediation though the District's Mediation Program.

　　In light of the parties' specific request that Magistrate Judge Cave be assigned, and counsel's representation that Magistrate Judge Cave is available on the requested dates, the Court hereby refers this matter to Magistrate Judge Cave for mediation.

**SO ORDERED.**

Dated:　New York, New York
　　　　October 27, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　　Senior United States District Judge