UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLAUBER BROTHERS, INC.,

                Plaintiff,

-v-

ASOS US, INC. and ASOS.COM LTD,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 3114 (LAP) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 54) to adjourn the telephone conference scheduled for February 4, 2022 at 3:00 pm is GRANTED, and the telephone conference is ADJOURNED to **Tuesday, February 8, 2022 at 4:00 pm**.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 54.

Dated:      New York, New York
              January 19, 2022

                                            SO ORDERED.

                                            _/s/ Sarah L. Cave_
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**