UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLAUBER BROTHERS, INC, <br><br> Plaintiff, <br><br> -against- <br><br> ASOS US, INC., ASOS.COM LTD., DOES 1 THROUGH 10, <br><br> Defendants. | No. 20 CV 3114 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    On October 27, 2021, the Court referred this matter for mediation. (See dkt. nos. 50-51.)  It is the Court's understanding that mediation has concluded.  The parties shall submit a joint letter indicating how they propose to proceed no later than Tuesday March 8, 2022.

**SO ORDERED.**

Dated:    March 1, 2022
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge