USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLAUBER BROTHERS, INC.,

                Plaintiff,

-v.-

ASOS US, INC., et al.,

                Defendants.

20 Civ. 3114 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a video conference, via Microsoft Teams, on April 27, 2023 at 11:30 a.m., to address, among other things, the status of discovery. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 143 816 143#.

    SO ORDERED.

Dated: April 14, 2023
       New York, New York

                                    _____
                                    JENNIFER H. REARDEN
                                    United States District Judge